IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY F. HARRISON PLAINTIFF

V. Case No. 4:25-CV-00911-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of September, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE